IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CHRISTOPHER DEON GATTIS, )
)
       Petitioner, )
)
v. ) 1:06CV598
)
SUPERINTENDENT LAWRENCE SOLOMEN, )
)
       Respondent. )

## J U D G M E N T

**Eliason, Magistrate Judge**

For the reasons set out in an Order entered contemporaneously with this Judgment,

    **IT IS ORDERED AND ADJUDGED** that Respondent's motion for summary judgment (Docket No. 6) is granted, that the habeas petition (Docket No. 1) is denied, and that this action is dismissed.

                                          _/s/ Russell A. Eliason_
                                         **United States Magistrate Judge**

June 20, 2007